# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR17-317RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL AND EXTENDING PRETRIAL MOTIONS DATES |
| GURU PRASAD RAO PANDYAR, | |
| Defendant. | |

This matter comes before the Court on defendant's unopposed motion to continue. Dkt. # 22. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, the government recently provided defendant Guru Prasad Rao Pandyar and defense counsel with voluminous discovery, and other aspects revealing the case's complexity. The Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested is a reasonable period of delay, and that the additional time requested between the current trial date of March 26, 2018, and the

ORDER CONTINUING TRIAL - 1

proposed trial date of September 10, 2018, is necessary to provide defense counsel reasonable time to prepare for trial considering all of the facts set forth above.

4. The Court further finds that such a continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Mr. Pandyar has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including September 30, 2018, Dkt. # 23, which will allow trial to start on September 10, 2018.

IT IS HEREBY ORDERED that the trial date be continued from March 26, 2018, to September 10, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to August 3, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of March 26, 2018, up to and including September 30, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 26th day of February, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge