# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR17-317RSL |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |
| v. | |
| GURU PRASAD RAO PANDYAR, | |
| Defendant. | |

This matter comes before the Court on defendant Guru Prasad Rao Pandyar's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. # 25. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial is currently scheduled for September 10, 2018; that defendant is charged with fifteen counts of wire fraud and one count of money laundering; that the indictment alleges an international fraud scheme; and that discovery includes a large volume of documents and database information.

2. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL DATE - 1

4. The Court further finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including February 14, 2019, Dkt. # 26, which will allow trial to begin on January 28, 2019, as requested.

IT IS HEREBY ORDERED that the trial date be continued from September 10, 2018, to January 28, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to December 21, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of September 10, 2018, up to and including February 14, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 2nd day of August, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2