UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GURU PRASAD RAO PANDYAR,<br><br>Defendant. | NO. CR17-317RSL<br><br>**ORDER CONTINUING TRIAL DATE** |

THE COURT, having considered the parties' Stipulated Motion to Continue Trial Date and all the files and records herein, finds as follows:

1.     The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date;

2.     The parties stipulate that defendant has already waived his right to a speedy trial through February 14, 2019;

3.     The requested continuance will permit the parties to schedule a change of plea hearing for February 1, 2019.

4.     Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial, taking into account the exercise of due diligence;

5.     Failure to grant a continuance would likely result in a miscarriage of justice, and the case is complex due to nature of the financing scheme charged in the indictment;

6.     The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

7.     All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

8.     The period of time from the filing date of the Stipulated Motion to Continue Trial Date until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial in this matter is continued to February 4, 2019.

DONE this 24th day of January, 2019.


_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge