Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GURU PRASAD RAO PANDYAR,<br><br>Defendant. | NO. CR17-317 RSL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE TERMS OF SUPERVISION |

THE COURT, having considered Defendant Guru Prasad Rao Pandyar's Unopposed Motion to Modify the Terms of Supervision, HEREBY GRANTS Defendant's Motion.

IT IS THEREFORE ORDERED that the electronic monitoring requirement under the terms of Defendant's supervision is vacated.

DATED this 5th day of March, 2019.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEF.'S UNOPPOSED
MOT. TO MODIFY THE TERMS OF
SUPERVISION (CR17-317)

COLVIN + HALLETT, P.S.
719 SECOND AVENUE, SUITE 1450
MILLENNIUM TOWER
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170