UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GURU PRASAD RAO PANDYAR,<br><br>　　　　　　Defendant. | No. CR17-317 RSL<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit to the United States Defendant Guru Prasad Rao Pandyar's interest in the following property:

- A sum of money in the amount of $512,535.23, representing a portion of the proceeds the Defendant obtained as a result of the charged offenses.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of Wire Fraud are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
- Property involved in Money Laundering Conspiracy is forfeitable pursuant to 18 U.S.C. § 982(a)(1);

//

Order of Forfeiture - 1
*United States v. Guru Prasad Rao Pandyar,* CR17-317 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, the Defendant agreed to forfeit the above above-described sum of money pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as it represents a portion of the proceeds the Defendant obtained as a result of the charged offenses (Dkt. No. 33, ¶ 7);

- This sum of money is personal to the Defendant; pursuant to Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3) No right, title, or interest in this sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy, in whole or in part, this sum of money the United States may move to amend this order, at any time, to substitute property having a value not to exceed $512,535.23; and

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

DATED this 18th day of October, 2021.

*[signature: MWT S Lasnik]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order of Forfeiture - 2
*United States v. Guru Prasad Rao Pandyar,* CR17-317 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  _s/ Krista K. Bush_
3  KRISTA K. BUSH
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, WA  98101-1271
6  (206) 553-2242
7  Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Guru Prasad Rao Pandyar,* CR17-317 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970